UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YESSUP TOURING, II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE ORIOLES, INC.<br><br>Defendant. | Misc. 04-198 (JBS)<br><br>**CLERK'S AUTHORIZATION** |

This matter having come before the court by way of a Notice of Motion for Leave to Serve Subpoena ("the Motion") submitted by the defendant, Baltimore Orioles, Inc. ("the defendant") on December 7, 2004; and it appearing that defendant submitted a filing fee in the amount of $150.00 as payment for the Motion which was deposited into the Court's registry and assigned receipt number 301980; and it further appearing the Motion is not required to be filed with the Court and, therefore, no filing fee is required, and for good cause shown,

IT IS, on this 28th day of December, 2004,

AUTHORIZED, the sum of $150.00 is to be reimbursed to defendant and made payable to Margolis, Edelstein, P.O. Box 2222, 216 Haddon Avenue, Westmont, New Jersey 08108, attn: Bruce E. Barrett, Esq.

WILLIAM T. WALSH, CLERK
United States District Court

By: _James P. Murphy_

James P. Murphy, Jr., Deputy Clerk